IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN P. NEBLETT, as Chapter 7 Trustee of VALLEY FORGE COMPOSITE TECHNOLOGIES, INC., | : : : : : | No. 4:15-cv-01622<br><br>(Judge Brann) |
| Plaintiff, | : : | |
| v. | : : | |
| CLAIRMONT PACIELLO & CO., P.C., MOUNTJOY CHILTON MEDLEY LLP, MICHAEL DE LEON HAWTHORNE and THOMPSON COBURN LLP, | : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 5th day of October, 2016, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant Mountjoy Chilton Medley, LLP's Motion to Transfer Venue, ECF No. 51, is **DENIED**.

2. The Federal Rule of Civil Procedure 16 Initial Case Management Conference, previously scheduled for August 2, 2016, is rescheduled for **October 31, 2016 at 10:00 a.m.**

3. Counsel are advised to comply with Local Rule 16.3, which requires lead counsel for each party to meet prior to the management conference and complete a "Joint Case Management Plan" form that must be filed with the Court **at least five (5) days prior to the initial case management conference**.

4. Plaintiff's counsel shall initiate the conference call. The Court may be reached in chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed.

5. The Court's preference is that counsel do not participate in telephonic conference calls by cellular phone or other mobile device.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge